Yongmoon Kim
KIM LAW FIRM LLC
411 Hackensack Avenue, Suite 701
Hackensack, New Jersey 07601
Tel. and Fax 201-273-7117
ykim@kimlf.com
*Attorneys for Plaintiff Lesroy E. Browne*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| LORAINE LATTERI,<br>*on behalf of herself and those similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MAYER and JOHN DOES 1 TO 10,<br><br>Defendant. | Civil Action No. 2:17-cv-13707-JAD<br><br>**NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FOR ATTORNEY'S FEES AND COSTS** |

TO:   Meredith Kaplan Stoma, Esq.
      Jeffrey S. Leonard, Esq.
      LEWIS BRISBOIS BISGAARD & SMITH LLP
      One Riverfront Plaza, Suite 800
      Newark, New Jersey 07102

      *Attorneys for Defendant James Mayer*

**PLEASE TAKE NOTICE** that upon this Notice of Motion, Plaintiff,

Loraine Latteri, on behalf of herself and those similarly situated, by her

undersigned counsel, shall move this Honorable Court, on January 22, 2020 at

10:00 a.m., or on such other date and time if any as may be set by the Court, in Courtroom 2D of the United States Courthouse, District of New Jersey, 50 Walnut Street, Newark, New Jersey, for an order certifying this case to proceed as a class action and granting Final Approval of Class Action Settlement pursuant to the Parties' Class Settlement Agreement, and approval of the payment of an incentive award and further relief to Plaintiff as Class Representative, and for award of attorney's fees and costs.

    Plaintiff shall in support of this motion rely on the enclosed brief and exhibits, and declaration of Yongmoon Kim, Esq., and the Affidavit of the Settlement Administrator, Jonathan P. Shaffer of Heffler Claims Group. A copy of Plaintiff's proposed order is attached hereto.

                                                          KIM LAW FIRM LLC
*Attorneys for Plaintiff and the Class*

                                                          <u>s/Yongmoon Kim</u>
Yongmoon Kim, Esq.

Dated: January 9, 2020